**LUMBERMEN'S MUTUAL CASUALTY COMPANY, an Illinois corporation, v. LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, a New York corporation.**

17 So. (2nd) 615                                    January Term, 1944
April 21, 1944                                         Division A

---

*Ausley, Collins & Ausley,* for petitioner.

*J. Lewis Hall, D. C. Hull, J. Compton French* and *Hull, Landis, Graham & French,* for respondent.

PER CURIAM:

The petition for certiorari is denied on authority of International Trust Co. v. International Loan and Trust Co., 153 Mass. 271, 26 N. E. 693; Fidelity Bond and Mortgage Co. v. Fidelity Bond and Mortgage Co. of Texas, 33 Fed. (2nd) 580; Federal Securities Co. v. Federal Securities Corporation of Illinois, 129 Ore. 375, 276 Pac. 1100 and like cases.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.